THE FLORIDA PUBLISHING COMPANY, A CORPORATION UNDER THE LAWS OF THE STATE OF FLORIDA, PLAINTIFF IN ERROR, vs. ISADORE GOODMAN, DEFENDANT IN ERROR.

Writ of Error to the Circuit Court Duval county.

*A. W. Cockrell & Son*, for Plaintiff in Error.

*R. H. Liggett* and *J. B. Christie*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for

the plaintiff and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.